UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :
        - v. -                :
                              :     **UNSEALING ORDER**
                              :
FRANK PERKINS HIXON, JR.,     :     14 Mag. 0341
    a/k/a "Perk,"             :
                              :
        Defendant.            :
- - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Sarah E. McCallum;

It is found that the Complaint in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed;

IT IS THEREFORE ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed, pending further order of the Court.

DATED:    New York, New York
          February 21, 2014

                                _____
                                HON. GABRIEL W. GORENSTEIN
                                UNITED STATES MAGISTRATE JUDGE

ORIGINAL